
FILED
CLERK, U.S. DISTRICT COURT
APR 28 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS GRAHAM,

Defendant.

Case No. 08-CR-0490-DSF

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒ the appearance of defendant as required; and/or

☒ the safety of any person or the community.

//
//
//

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk to the safety of other persons or the community is based on:
- Defendant declined to interview
- New law enforcement contact while on supervision
- Loss of contact with Probation Office

☒ Defendant is a risk of flight, and the Court finds that defendant has not met his burden of establishing by clear and convincing evidence that he is not such a risk. The risk of flight is based on:
- Instant allegations in violation petition
- Criminal conviction while on supervision
- Criminal history, including history similar to most recent arrest and conviction

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 04/28/2017

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE